# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANTHONY K. JONES, SR.,<br><br>Plaintiff,<br><br>v.<br><br>MILWAUKEE POLICE DEPARTMENT,<br><br>Defendant. | Case No. 26-CV-980-JPS<br><br>**ORDER** |

On June 1, 2026, Plaintiff Anthony K. Jones, Sr. ("Plaintiff") filed a pro se complaint under 42 U.S.C. § 1983 alleging that Defendant Milwaukee Police Department violated his constitutional rights. ECF No. 1. Plaintiff also moved for leave to proceed without prepayment of the filing fee. ECF No. 2. On June 17, 2026, Magistrate Judge Nancy Joseph ordered Plaintiff to pay an initial partial filing fee of $11.65 by July 17, 2026. ECF No. 7.

That deadline came and went without payment of the initial partial filing fee. On July 29, 2026, Magistrate Judge Joseph issued a report and recommendation that this case be dismissed without prejudice for failure to pay the same. ECF No. 9 at 1–2. The report also recommended that Plaintiff be ordered to pay the $350 filing fee over time. *Id* at 2. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Civil Procedure 72(b), the parties were advised that written objections to the magistrate judge's recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id*.

To date, no party has filed an objection, and Plaintiff has still not paid the initial partial filing fee. The Court has considered Magistrate Judge

Joseph's report and recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's report and recommendation, ECF No. 9, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to pay the initial partial filing fee;

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to proceed without prepayment of the filing fee, ECF No. 2, be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the agency having custody of Plaintiff shall collect from his institution trust account the $350.00 balance of the filing fee by collecting monthly payments from Plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to Plaintiff's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this case. If Plaintiff is transferred to another county, state, or federal institution, the transferring institution shall forward a copy of this Order along with his remaining balance to the receiving institution; and

**IT IS FURTHER ORDERED** that a copy of this Order be sent to the officer in charge of the agency where Plaintiff is confined.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 2nd day of September, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge